# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY SHERMAN,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:09-CV-01411-KJD-(RJJ)

**ORDER**

    The court instructed petitioner to file a third amended petition, because his second amended petition (#20) was too vague to warrant relief.  Order (#22).  Petitioner has not complied within the allotted time, and the court will dismiss the action.

    Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#22).  The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    DATED: October 5, 2010

_____
KENT J. DAWSON
United States District Judge